(125 So. 61)
Jim ROBERTSON v. STATE. (6 Div. 444.)

Supreme Court of Alabama. Oct. 17, 1929.

Rehearing Denied Dec. 19, 1929.

A. K. Callahan, of Tuscaloosa, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BROWN, J. Petition of Jim Robertson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Robertson v. State, 125 So. 60.

Writ denied on authority of Postal Tel.-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

SAYRE, THOMAS, and BOULDIN, JJ., concur.